curiam. Order to be settled on notice. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Ernesto Bitolio v. Bradley Contracting Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Celia Schafer v. Max Held, Inc. — Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Arthur Wolfsohn Company, Inc., v. Max Jaffe and Others.— Entry of judgment pending determination of appeal allowed to the amount of $8,000; in other respects, motion for stay granted. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William F. Weber v. John Donnelly.— Motion for stay of proceedings by plaintiff pending appeal granted; extension of time to withdraw demurrer and to answer denied. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Morris Berkowitz, Appellant, v. Abe Bruder and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

G. W. Martin & Brother, Appellant, v. Elizabeth Shellhoos, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of the Application of Emmanuel M. Pachinakis, Appellant, to Compel Jesse W. Uppercu, as Attorney, Respondent, to Pay over Moneys.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott JJ.

Mary Louisa Campion, Appellant, v. The Roman Catholic Orphan Asylum in the City of New York, Respondent, Impleaded with Others. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary Louisa Campion, Appellant, v. The Roman Catholic Orphan Asylum in the City of New York, Respondent, Impleaded with Others. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Matilda Sussman, Appellant, v. Aaron Hershfield, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Adam Frank, Respondent, v. Rowland & Shafto, Inc., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Samuel U. Tilton, on Behalf of Himself and of All Other Stockholders of the Giveen Manufacturing Company, Appellant, v. Levi L. Gans and